Jason A. James (SBN 265129)
E-mail:  jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel:  949.863.3363    Fax:  949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ZHENFENG YANG,<br><br>            Plaintiff,<br><br>        v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 5:25-cv-10866-PCP<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:    Hon. P. Casey Pitts<br><br>Complaint Filed:  December 19, 2025 |

IT IS HEREBY STIPULATED, by and between Plaintiff ZHENFENG YANG ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41(a).  Each party shall bear his or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated:  June 29, 2026

By:   _/s/ Scott E. Shaffman_
Scott E. Shaffman
Attorneys for Plaintiff
ZHENFENG YANG

Dated:  June 29, 2026            BURKE, WILLIAMS & SORENSEN, LLP

By:   _/s/ Jason A. James_
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

## FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4904-8152-8760 v1                    2                    Case No. 5:25-cv-10866-PCP
STIPULATION TO DISMISS THE ENTIRE
ACTION WITH PREJUDICE

## [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. P. Casey Pitts
United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4904-8152-8760 v1

1

Case No. 5:25-cv-10866-PCP
STIPULATION TO DISMISS THE ENTIRE
ACTION WITH PREJUDICE